**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Keith Michael Borne
Borne, Wilkes & Brady
P. O. Box 4305
Lafayette LA 70502-4305

**REHEARING ACTION: December 28, 2007**

**Docket Number: 07   00626-CA**

**ALBERT JOHN ABSHIRE, ET AL.**
**VERSUS**
**CLINTON P. DESMOREAUX, ET AL.**

**Appealed from Rapides Parish Case No. 101,340**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Safeway Insurance Company of Louisiana** has this day been

> **DENIED.**

cc: Bonita K. Preuett-Armour, Counsel for the Appellee
    Robert Lawrence Beck Jr., Counsel for the Appellee